**Opinion filed October 3, 2019**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00277-CR

_____

## HAROLD WAYNE MITCHELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR43869**

### M E M O R A N D U M   O P I N I O N

Appellant, Harold Wayne Mitchell, filed a pro se notice of appeal related to his request for a judgment nunc pro tunc. Appellant sought to have the trial court enter a judgment nunc pro tunc with respect to the attorney's fees associated with this cause. We dismiss the appeal for want of jurisdiction, but we note that the trial court has now entered an order in which it granted Appellant's motion for judgment

nunc pro tunc and that the trial court has amended the bill of costs to delete the $1,100.00 in attorney's fees and $22.50 of the $25.00 time payment fee.

When the appeal was filed in this court, we notified Appellant by letter that the order from which he attempted to appeal did not appear to be a final, appealable order. We requested that Appellant respond and show grounds to continue, and we informed him that this appeal may be dismissed. Appellant filed a response but has not shown grounds upon which this appeal may continue.

An intermediate appellate court has no jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc because such an order is not an appealable order. *Gonzalez v. State*, No. 11-17-00056-CR, 2017 WL 1275540, at *1 (Tex. App.—Eastland Mar. 31, 2017, no pet.) (mem. op., not designated for publication); *Sims v. State*, No. 05-14-01438-CR, 2014 WL 6453607, at *1 (Tex. App.—Dallas Nov. 18, 2014, no pet.) (mem. op., not designated for publication); *Sanchez v. State*, 112 S.W.3d 311, 312 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. dism'd). Thus, we have no jurisdiction to entertain this appeal.

We dismiss this appeal for want of jurisdiction.

PER CURIAM

October 3, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2